UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:10-CR-00063 JD |
| ) | |
| KENNETH RAY SCHACHT ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 9, 2010 [DE 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kenneth Ray Schacht's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED:   July 29, 2010

                                                 /s/ JON E. DEGUILIO
                                                Judge
                                                United States District Court